DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**AMY MILEN,**
Appellant,

v.

**FRANK MILEN,**
Appellee.

No. 4D20-491

[March 18, 2021]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Nickolaus Hunter Davis, Judge; L.T. Case No. FMCE17-011519.

Andrew S. Berman and Jamie Webner of Young, Berman, Karpf & Gonzalez, P.A., Miami, for appellant.

Vanessa L. Prieto of Vanessa L. Prieto Law Offices, L.L.C., Fort Lauderdale, for appellee.

PER CURIAM.

*Affirmed.*

LEVINE, C.J., GROSS and ARTAU, JJ., concur.

\*      \*      \*

***Not final until disposition of timely filed motion for rehearing.***